# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| CYNTHIA A. PATTERSON, ROBERT C. SWARTZWELDER AND LYNNE A. SWARTZWELDER, | No. 51 WM 2019 |
| Respondents | |
| v. | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY AND FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, | |
| Petitioner | |
| _____ | |
| SHARIEE L. DECOOMAN, | |
| Respondent | |
| v. | |
| LAWYERS TITLE INSURANCE CORPORATION, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2019, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.